MATTHEW T. DUSHOFF, ESQ.
Nevada Bar No. 004975
WILLIAM A. GONZALES, ESQ.
Nevada Bar No. 015230
SALTZMAN MUGAN DUSHOFF
1835 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 405-8500
Facsimile: (702) 405-8501
E-Mail:   mdushoff@nvbusinesslaw.com
          wgonzales@nvbusinesslaw.com

*Counsel for Defendants and Nominal Defendant*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JENNIFER HAMMOND AND DANA HEPWORTH, Derivatively on Behalf of CELSIUS HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN FIELDLY, NICHOLAS CASTALDO, CAROLINE LEVY, HAL KRAVITZ, ALEXANDRE RUBERTI, CHERYL MILLER, DAMON DESANTIS, JOYCE RUSSELL, JAMES LEE, AND EDWIN NEGRON-CARBALLO, <br><br> Defendants, <br><br> and <br><br> CELSIUS HOLDINGS, INC., <br><br> Nominal Defendant. | Case No. 2:24-cv-00711 <br><br> **JOINT STIPULATION REGARDING EXTENSION OF DEFENDANTS AND NOMINAL DEFENDANT'S TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** <br><br> **(First Request)** |

**WHEREAS**, Plaintiffs Jennifer Hammond and Dana Hepworth ("Plaintiffs") commenced the Derivative Litigation on April 11, 2024, upon the filing of a Verified Stockholder Derivative Complaint (the "Complaint"), asserting claims against Defendants John Fieldly, Nicholas Castaldo, Caroline Levy, Hal Kravitz, Alexandre Ruberti, Cheryl Miller, Damon DeSantis, Joyce Russell, James Lee, and Edwin Negron-Carballo (the "Individual Defendants") for breach of

fiduciary duty, for aiding and abetting breach of fiduciary duty, for unjust enrichment, for waste of corporate assets, and for securities fraud under Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder; and a claim for breach of fiduciary duty (*Brophy*) against Defendant John Fieldly;

**WHEREAS**, on April 12, 2024, Plaintiffs, through their counsel, sent Waivers of the Service of Summons (the "Waivers of Service") to Individual Defendants and Nominal Defendant Celsius Holdings, Inc. ("Celsius," and, collectively, with the Individual Defendants, "Defendants," and, together, with Plaintiffs, the "Parties");

**WHEREAS**, Defendants executed and returned to Plaintiffs' counsel the Waivers of Service, which, pursuant to Federal Rules of Civil Procedure 4 and 12, set a June 11, 2024, deadline for Defendants to move against, answer, or otherwise respond to the Complaint;

**WHEREAS**, the Complaint alleges facts and asserts claims that are also at issue in two other pending derivative actions, filed prior to the commencement of the Derivative Litigation, styled, respectively, *Doreen R. Lampert v. John Fieldly, et al.*, Case No. 3:23-cv-00017-ART-CSD (D. Nev.) and *Ingrao v. John Fieldly, et al.*, Case No. A-23-873736-C Dept. 6 (Clark Cnty., Nev.) (collectively, the "Derivative Actions");

**WHEREAS**, the Parties are in active negotiations regarding the potential settlement of the Derivative Actions, which would ensure economy of time and effort for the Court, for counsel, and for the Parties;

**WHEREAS**, the Parties have agreed that the Individual Defendants and Celsius's time to respond to the Complaint be extended sixty (60) days to August 10, 2024.

**NOW, THEREFORE**, the Parties hereby stipulate and agree, and respectfully request that the Court enter an order, as follows:

//
//
//
//
//

1. Defendants must file their responsive pleading by August 10, 2024.

DATED this 11th day of June 2024.

Respectfully submitted:

| ALDRICH LAW FIRM, LTD. | SALTZMAN MUGAN DUSHOFF |
|---|---|
| By */s/ John P. Aldrich* <br> JOHN P. ALDRICH, ESQ. <br> Nevada Bar No. 6877 <br> CATHERINE HERNANDEZ, ESQ. <br> Nevada Bar No. 8410 <br> 7866 West Sahara Avenue <br> Las Vegas, Nevada 89117 | By */s/ Matthew T. Dushoff, Esq.* <br> MATTHEW T. DUSHOFF, ESQ. <br> Nevada Bar No. 004975 <br> WILLIAM A. GONZALES, ESQ. <br> Nevada Bar No. 015230 <br> 1835 Village Center Circle <br> Las Vegas, Nevada 89134 |
| **RIGRODSKY LAW, P.A.** <br> SETH D. RIGRODSKY <br> TIMOTHY J. MACFALL <br> 825 East Gate Blvd., Suite 300 <br> Garden City, Ny 11530 | **ALSTON & BIRD** <br> JOSEPH G. TULLY, *Admitted pro hac vice* <br> OYINKANSOLA Y. MURAINA, *Admitted pro hac vice* <br> 1201 West Peachtree Street, Suite 4900 <br> Atlanta, Georgia 30309-3424 |
| **GRABAR LAW OFFICE** <br> JOSHUA H. GRABAR <br> One Liberty Place <br> 1650 Market Street, Suite 3600 <br> Philadelphia, Pa 19103 | *Counsel for Defendants and Nominal Defendant* |
| *Attorneys for Plaintiffs* | |

**ORDER**

IT IS SO ORDERED.

Dated: June 12, 2024

_____
United States Magistrate Judge

---

*Jennifer Hammond, etc. v. John Fieldly, et al.*/Case No. 2:24-cv-00711
Joint Stipulation Regarding Extension of Defendants and Nominal Defendant's Time to Respond to Plaintiffs' Complaint (First Request)