# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER HAMMOND, et al., <br>     Plaintiff(s), <br> v. <br> JOHN FIELDLY, et al., <br>     Defendant(s). | Case No. 2:24-cv-00711-JAD-NJK <br><br> **Order** <br><br> [Docket No. 15] |

Pending before the Court is a stipulation to extend the deadline to respond to the complaint. Docket No. 15. The parties have scheduled a mediation for August 21, 2024. *Id.* at 3. The parties seek another three months thereafter, however, to "continue settlement discussions" before needing to respond to the complaint. *See id.* It is not clear why the parties anticipate more time will be required following the mediation or why three months, in particular, would be needed. Accordingly, the stipulation is **GRANTED** in part and **DENIED** in part. The deadline to respond to the complaint is **EXTENDED** to September 3, 2024.

IT IS SO ORDERED.

Dated: August 12, 2024

                                                                                     _____
                                                                                       Nancy J. Koppe <br>
                                                                                       United States Magistrate Judge