**SALTZMAN MUGAN DUSHOFF**
JOEL SCHWARZ
Nevada Bar No. 009181
E-Mail:   jschwarz@nvbusinesslaw.com
1835 Village Center Circle
Las Vegas, Nevada 89134
Telephone:  (702) 405-8500
Facsimile:  (702) 405-8501

*Counsel for Defendants and Nominal Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JENNIFER HAMMOND AND DANA HEPWORTH, Derivatively on Behalf of CELSIUS HOLDINGS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHN FIELDLY, NICHOLAS CASTALDO, CAROLINE LEVY, HAL KRAVITZ, ALEXANDRE RUBERTI, CHERYL MILLER, DAMON DESANTIS, JOYCE RUSSELL, JAMES LEE, and EDWIN NEGRON-CARBALLO, <br><br> Defendants, <br><br> and <br><br> CELSIUS HOLDINGS, INC., <br><br> Nominal Defendant. | Case No. 2:24-cv-00711-JAD-NJK <br><br><br> **ORDER DISMISSING CASE** <br><br> ECF No. 22 |

**WHEREAS**, the above-captioned litigation (the "Derivative Litigation") alleges facts and asserts claims that are also at issue in two other pending derivative actions, styled, respectively, *Doreen R. Lampert v. John Fieldly, et al.*, Case No. 3:23-cv-00017-ART-CSD (D. Nev.) (the "*Lampert* Action") and *Ingrao v. John Fieldly, et al.*, Case No. A-23-

873736-C Dept. 6 (Clark Cnty., Nev.) (the "*Ingrao* Action" and, collectively, with the Derivative Litigation and the *Lampert* Action, the "Derivative Actions");

   **WHEREAS**, on December 3, 2024, the parties to this action filed a Joint Status Report which reported (i) that the parties had executed a Stipulation and Agreement of Settlement, setting out the terms of a global settlement of the Derivative Actions (the "Settlement"); (ii) that the plaintiffs in the *Ingrao* Action intended to file their Motion for Preliminary Approval in the District Court, Clark County, Nevada, on or before December 13, 2024; and (ii) that, if the Settlement was approved in the *Ingrao* Action as fair, reasonable, and adequate and in the best interests of Nominal Defendant Celsius Holdings, Inc., the parties would jointly request that this Court enter an order dismissing this action, Docket No. 21;

   **WHEREAS**, on April 3, 2025, the Court in the *Ingrao* Action entered a Notice of Entry and Final Order and Judgment finding the settlement of the Derivative Actions was fair, reasonable, adequate, and in the best interest of Celsius;

/ / /

/ / /

/ / /

/ / /

SALTZMAN MUGAN DUSHOFF PLLC
1835 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 405-8500 / Fax: (702) 405-8501

**NOW, THEREFORE**,

1. This case is DISMISSED with prejudice.

DATED this 8th day of April, 2025.

Approved as to form by:

**ALDRICH LAW FIRM, LTD.**
JOHN P. ALDRICH, ESQ.
Nevada Bar No. 6877
Catherine Hernandez, Esq.
Nevada Bar No. 8410
7866 West Sahara Avenue
Las Vegas, NV 89117
Telephone: (702) 853-5490
Facsimile: (702) 227-1975

**RIGRODSKY LAW, P.A.**
Seth D. Rigrodsky
Timothy J. MacFall
825 East Gate Blvd., Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Facsimile: (302) 654-7530
sdr@rl-legal.com
tjm@rl-legal.com

**GRABAR LAW OFFICE**
Joshua H. Grabar
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: 267-507-6085
Email: jgrabar@grabarlaw.com

*Counsel for Plaintiffs*

Prepared by:

**SALTZMAN MUGAN DUSHOFF**
JOEL SCHWARZ, ESQ.
Nevada Bar No. 009181
1835 Village Center Circle
Las Vegas, NV 89134

**ALSTON & BIRD**
JOSEPH G. TULLY, ESQ.
(*Admitted Pro Hac Vice*)
90 Park Avenue
New York, NY 10016
ELIZABETH GINGOLD CLARK, ESQ.
(*Admitted Pro Hac Vice*)
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, Georgia 30309

*Counsel for Defendants and Nominal Defendant*

### ORDER

Based on the parties' joint motion for dismissal in light of settlement [ECF No. 22] and with good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____ 5/20/25
UNITED STATES DISTRICT JUDGE

*Jennifer Hammond and Dana Hepworth, etc. v. John Fieldly, et al.*/Case No. 2:24-cv-00711-JAD-NJK
[Proposed] Order